

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00552-CV

Cesar **VELEZ**,
Appellant

v.

**UNIVERSITY OF MISSOURI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11974
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant's brief is due November 17, 2014, pursuant to an order of this court. On November 6, 2014, appellant filed an unopposed motion to abate the appeal. In the motion, appellants advise this court that this matter arises from a judgment relating to a student loan and the parties are in the process of resolving the matter by refinancing the loan at issue. Based on the potential resolution, appellant asks that we abate this matter for sixty days — the time estimated to complete the refinancing process.

Based on the foregoing, we **GRANT** the unopposed motion to abate. We **ORDER** this appeal abated until further order of this court. We **ORDER** appellant to file in this court, on or before **January 12, 2015**, a motion to dismiss or a written status report advising this court of the status of the settlement.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court